# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MABLE S. JONES,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | **No. 19-1277** |
| **SCHINDLER ELEVATOR CO.,** *et al.,* *Defendants.* | : : : | |

## ORDER

**AND NOW**, this 17th day of December 2019, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 46), Plaintiff's Response (ECF No. 58), and Defendants' Reply (ECF No. 59), and in accordance with the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 46) is **GRANTED**.

All matters having been disposed of, the Clerk of Court is directed to close this case.

BY THE COURT:

_____
CHAD F. KENNEY, J.